**MCDERMOTT WILL & EMERY LLP**
WILLIAM P. DONOVAN, JR. (SBN 155881)
wdonovan@mwe.com
KATE M. HAMMOND (SBN 293433)
khammond@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendants
CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA BEHAVIORAL HEALTH, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| BRISTOL SL HOLDINGS, INC., a California corporation, in its capacity as the assignee for SURE HAVEN, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA BEHAVIORAL HEALTH, INC., a Connecticut corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 8:19-cv-00709-AG-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Date:** July 22, 2019<br>**Time:** 10:00 am<br>**Judge:** Hon. Andrew J. Guilford<br>**Dept:** 10D |

# [PROPOSED] ORDER

The Motion to Dismiss of defendants Cigna Health and Life Insurance Company and Cigna Behavioral Health, Inc. (collectively, "Defendants") pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) came on regularly for hearing before this Court on July 22, 2019. After full and complete consideration of the moving and opposition papers, as well as the arguments of counsel, the Court GRANTS Defendants' motion, and hereby dismisses the complaint of plaintiff Bristol SL Holdings, Inc. pursuant to Federal Rules of Civil Procedure 12(b)(6) with prejudice.

IT IS SO ORDERED.

Dated:_____

_____
Hon. Andrew J. Guilford
United States District Judge

DM_US 160399065-1.015187.0044