UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 19-00709 AG (ADSx) | Date | July 16, 2019 |
|---|---|---|---|
| Title | BRISTOL HOLDINGS, INC. ET AL. V. CIGNA HEALTH LIFE INSURANCE COMPANY ET AL. | | |

Present: The Honorable   ANDREW J. GUILFORD

| Melissa Kunig | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER CONTINUING HEARING ON MOTION TO DISMISS (DKT. NO. 17)**

For reasons of calendar management and judicial economy, the Court CONTINUES the hearing on Defendants' motion to dismiss from July 22, 2019 to **August 26, 2019 at 10:00 a.m.**

                                                                              :   0
                                            Initials of Preparer    mku