**MCDERMOTT WILL & EMERY LLP**
WILLIAM P. DONOVAN, JR. (SBN 155881)
wdonovan@mwe.com
BRETT MEYERHOFF (SBN 323041)
bmeyerhoff@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendants
CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA BEHAVIORAL HEALTH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL SL HOLDINGS, INC., a California corporation, in its capacity as the assignee for SURE HAVEN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA BEHAVIORAL HEALTH, INC., a Connecticut corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:19-cv-00709-PSG-ADS<br><br>**STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** September 28, 2020<br>**Time:** 1:30 p.m.<br>**Judge:** Hon. Philip S. Gutierrez<br>**Dept:** 6A |

**Pursuant to Local Rule 56.1, Local Rules, United States District Court, Central District of California, Defendants submit the following Statement of Uncontroverted Material Facts.**

### I. Background

| DEFENDANTS' UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1. Bristol is the alleged assignee of claims of Sure Haven, Inc. ("Sure Haven"). | Second Amended Complaint "SAC" ¶ 1. |
| 2. Sure Haven was a residential substance abuse treatment facility which filed a voluntary Chapter 11 bankruptcy petition in 2017. | SAC ¶ 1. |
| 3. Sure Haven allegedly provided substance abuse and medical health treatment to 102 patients whose health benefit plans that were administered by defendants Cigna Health and Life Insurance Company or Cigna Behavioral Health, Inc. (collectively, "Cigna"). | SAC ¶ 13; *id.*, Exs. C, E. |
| 4. The dates of service for these claims at issue were between January 1, 2015 and end on December 28, 2015. | SAC, Ex. C. |
| 5. Bristol was an "out of network" provider to Cigna during the relevant period. | SAC ¶ 22; Declaration of Emily Russell ("Russell Decl.") ¶ 8. |
| 6. Bristol alleges that Cigna entered into a contract to pay Bristol on verification of benefit and pre-authorization calls for each of the 102 patients. | SAC, ¶¶ 36-37, 87; *see also id.* Ex C, E. |
| 7. Cigna served as a claims administrator for the subject claims pursuant to the terms and limitations of each patient's benefit plan. | *See* Russell Decl. ¶¶ 3, 5, 9. |

## II. The Verification of Benefits and Pre-Authorization Calls

| DEFENDANTS' UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 8. On verification of benefits calls, Cigna representatives inform the provider whether the Cigna member has out-of-network insurance benefits. | Russell Decl. ¶ 12. |
| 9. The Cigna call representative may also verify the member's deductibles, out-of-pocket maximums, and co-insurance percentages specified by the member's health benefit plan. | Russell Decl. ¶ 13. |
| 10. For out-of-network providers like Sure Haven, any payment to the provider is determined only after evaluating the terms of the patient's benefit plan for a claim received after services are provided. | Russell Decl. ¶ 16. |
| 11. Cigna call representatives are not authorized to enter into binding commitments or contracts for payment with providers, like Sure Haven, on verification of benefits and pre-authorization calls. | Russell Decl. ¶ 19. |
| 12. Instead, each claim is processed by Cigna's claims department, with coverage determined based on the medical necessity of the service and the terms and limitations of the relevant health benefits plans administered by Cigna. | Russell Decl. ¶ 20. |

## III. Sure Haven Calls to Cigna Telephone Numbers

| DEFENDANTS' UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 13. Since 2013, Cigna's practice has been to play a disclaimer on its primary IVR Interactive Voice Response ("IVR") system when a provider or member makes a verification call. | Declaration of Krista Snow ("Snow Decl.") ¶ 5. |

| DEFENDANTS' UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 14.  The SAC alleges that Sure Haven called the following telephone numbers for the vast majority of claims:  (800) 244-6224, (800) 874-7489, (800) 900-3791, (800) 797-3895, (800) 700-1092, (800) 351-4598, (800) 887-8945, (800) 797-4392, and (800) 882-4462 (the "Cigna Phone Numbers"). | SAC, Ex. E; Snow Decl. ¶ 6 & Ex. A. |
| 15.  Calls to the Cigna Phone Numbers were processed by Cigna's primary IVR for medical benefits in 2015. | Snow Decl. ¶ 6. |
| 16.  After selecting the "Eligibility" or "Verification of Benefits" option, Cigna's IVR system played the following pre-recorded message in 2015: By continuing with this call, you understand, accept and agree that the following covered services information does not guarantee coverage or payment and is subject to all benefit plan provisions. Please refer to the Summary Plan Description for coverage. Payment for services will be based on medical necessity, plan provisions, including limitations and exclusions, and eligibility at the time of service. | Snow Decl. ¶ 7. |
| 17.  In 2015 the IVR system did not allow a provider, like Sure Haven, to opt out of hearing this pre-recorded message on verification of benefits calls. | Snow Decl. ¶ 8. |
| 18.  Sure Haven also claims it made pre-authorization calls to the Cigna Phone Numbers. | Snow Decl. ¶ 10. |
| 19.  Calls to the Cigna Phone Numbers in 2015 for pre-authorization were also handled by Cigna's primary IVR for medical benefits. | Snow Decl. ¶ 10. |

| DEFENDANTS' UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 20.  After selecting the "Pre-Authorization" option, Cigna's primary IVR system for medical played the following pre-recorded message in 2015 on the Secondary Cigna Phone Numbers:<br><br> Please be aware, pre-approval is not a guarantee of coverage. Coverage and covered services are contingent upon the patient's eligibility on the date(s) services are rendered and the patient's covered services plans and policies. Coverage and covered services also may be dependent on your CIGNA HealthCare network participation. If you are not a participating provider in the plan's network, out-of-network covered services may apply. | Snow Decl. ¶ 11. |
| 21.  In 2015, the system did not allow a provider, like Sure Haven, to opt out of hearing this pre-recorded message on pre-authorization calls. | Snow Decl. ¶ 12. |

### IV.  Sure Haven Calls to Non-Cigna Telephone Numbers

| DEFENDANTS' UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 22.  For 10 patients at issue, the SAC alleges that Sure Haven called a telephone number that was not associated with Cigna, including: (800) 827-2464, (800) 458-3053, (800) 872-8979,  (800) 922-3242, 800 318-2596, and (800) 458-9058 (the "Non-Cigna Telephone Numbers"). | *See* Snow Decl. ¶14. |
| 23.  If Sure Haven called the Non-Cigna Telephone Numbers, Sure Haven did not speak with a Cigna call representative or Cigna employee. | Snow Decl. ¶15. |
| 24. None of the call representatives from the Non-Cigna Telephone Numbers were authorized to commit Cigna to any contract or commitment to pay the subject claims. | Snow Decl. ¶15. |

| | |
|---|---|
| Dated: July 15, 2020 | **MCDERMOTT WILL & EMERY LLP** |
| | By: */s/ William P. Donovan, Jr.* <br> WILLIAM P. DONOVAN, JR. <br> Attorneys for Defendants <br> CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA BEHAVIORAL HEALTH, INC. |