**MCDERMOTT WILL & EMERY LLP**
WILLIAM P. DONOVAN, JR. (SBN 155881)
wdonovan@mwe.com
BRETT MEYERHOFF (SBN 323041)
bmeyerhoff@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendants
CIGNA HEALTH AND LIFE INSURANCE
COMPANY; CIGNA BEHAVIORAL HEALTH,
INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL SL HOLDINGS, INC., a California corporation, in its capacity as the assignee for SURE HAVEN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA BEHAVIORAL HEALTH, INC., a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:19-cv-00709-AG-ADS<br><br>**DECLARATION OF EMILY D. RUSSELL SUPPORTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   September 28, 2020<br>Time:   1:30 p.m.<br>Judge:  Hon. Philip S. Gutierrez<br>Dept:   6A |

I, Emily D. Russell, declare as follows:

1. I am employed by Cigna as an operations advisor. I have been employed by Cigna for approximately 21 years. I make this Declaration in support of Cigna's Motion for Summary Judgment; the facts set forth herein are based on my personal knowledge and my review of Cigna's records, and, if called up on to do so, I can and will competently testify to these facts.

2. In my role as an operations advisor, I have personal involvement with Cigna's provider networks and claims operations.

3. I have reviewed the Second Amended Complaint ("SAC") filed in this action and I understand that Bristol SL Holdings seeks recovery for claims submitted in calendar year 2015 to Cigna by Sure Haven, Inc. ("Sure Haven"), which was a residential abuse treatment facility in California.

4. Cigna Health and Life Insurance Company and Cigna Behavioral Health, Inc. (collectively "Cigna") are Connecticut and Minnesota corporations, respectively, and both are headquartered in Connecticut.

5. Cigna administers claims for healthcare benefits plans sponsored by employers, many of which self-fund the plans so that they pay for any covered claims, instead of Cigna.

6. As part of its role, Cigna provides the individuals covered by those plans ("plan members" or "members") with access to a network of providers, who have contracted to accept discounted fees in exchange for being part of Cigna's provider network ("in-network" providers).

7. This network arrangement benefits members and plan sponsors because in-network providers typically agree to accept significantly reduced rates for their services.

8. For providers that are not part of Cigna's network ("out-of-network" providers) Cigna does not have a contractual arrangement and does not have a specific agreement with the provider to pay certain rates.

9. As a claims administrator, Cigna must process out-of-network claims according to the terms and limitations set forth in the each member's health benefit plan.

10. Out-of-network providers often contact Cigna by phone to confirm that the patient has out-of-network benefits before admitting or providing treatment to any Cigna patient.

11. This call is typically called a "Verification of Benefits" call.

12. On these calls, Cigna representatives inform the provider whether the Cigna member has out-of-network insurance benefits.

13. The call representative may also verify the member's deductibles, out-of-pocket maximums and co-insurance percentages specified by the member's health benefits plan.

14. Deductibles, out-of-pocket maximums, and co-insurance percentages reflect the apportionment of responsibility for payment between the health plan and the member.

15. They do *not* reflect what Cigna has determined the provider should be paid—again, the amount allowed by the member's health benefits plan.

16. For an out-of-network provider, the allowed amount is only determined after receiving the claim, reviewing it, and by applying the plan's terms and limitations to the provider's charge.

17. Some health benefits plan require pre-authorization of services prior to certain treatments.

18. Providers may call Cigna to obtain these authorizations ("Pre-Authorization" calls), but these calls are not guarantees of coverage.

19. Call representatives are not authorized to enter into binding commitments or contracts for payment with providers, like Sure Haven, on Verification of Benefits and Pre-Authorization calls.

20. Each claim must be processed by Cigna's claims department, and coverage will be determined based on the medically necessity of the service and the terms and limitations of the relevant health benefits plans administered by Cigna.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2020.

*Emily Russell*

Emily D. Russell

Emily Russell