1   **MCDERMOTT WILL & EMERY LLP**
    WILLIAM P. DONOVAN, JR. (SBN 155881)
2   wdonovan@mwe.com
    BRETT MEYERHOFF (SBN 323041)
3   bmeyerhoff@mwe.com
    2049 Century Park East, Suite 3200
4   Los Angeles, CA  90067-3206
    Telephone:   +1 310 277 4110
5   Facsimile:   +1 310 277 4730

6   Attorneys for Defendants
    CIGNA HEALTH AND LIFE INSURANCE
7   COMPANY; CIGNA BEHAVIORAL HEALTH,
    INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12  BRISTOL SL HOLDINGS, INC., a          )   CASE NO. 8:19-cv-00709-AG-ADS
    California corporation, in its capacity as  )
13  the assignee for SURE HAVEN, INC., a  )   **DECLARATION OF KRISTA
    California corporation,               )   SNOW SUPPORTING
14                                        )   DEFENDANT'S MOTION FOR
                        Plaintiff,        )   SUMMARY JUDGMENT
15                                        )
            v.                            )
16                                        )   **Date:**     September 28, 2020
    CIGNA HEALTH AND LIFE                 )   **Time:**     1:30 p.m.
17  INSURANCE COMPANY, a Connecticut      )   **Judge:**    Hon. Philip S. Gutierrez
    corporation; CIGNA BEHAVIORAL         )   **Dept:**     6A
18  HEALTH, INC., a Connecticut           )
    corporation; and DOES 1 through 10,   )
19  inclusive,                            )
                                          )
20                      Defendants.       )
                                          .

21

22

23

24

25

26

27

28

1

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2     I, KRISTA SNOW, declare as follows:

3          1.     I am employed by Defendant CIGNA Health and Life Insurance

4     Company ("Cigna") as an IVR Product Manager in Cigna's Contact Service

5     Operations department. I have been employed by Cigna for approximately 30 years. I

6     make this Declaration in support of Cigna's Motion for Summary Judgment; the facts

7     set forth herein are based on my personal knowledge and my review of Cigna's

8     records, and, if called up on to do so, I can and will competently testify to these facts.

9          2.     In my role as the IVR Product Manager, I have personal involvement with

10    Cigna's Interactive Voice Response ("IVR") systems. IVR is the system that receives

11    and directs incoming calls from Cigna customers and healthcare providers.

12         3.     I have reviewed the Second Amended Complaint ("SAC") filed in this

13    action and I understand that Bristol SL Holdings seeks recovery for claims submitted

14    in calendar year 2015 to Cigna by Sure Haven, Inc. ("Sure Haven"), which was a

15    residential abuse treatment facility in California. I have also review the list of claims

16    attached to the SAC as Exhibit C, and the telephone numbers Bristol says Sure Haven

17    called as set forth in Exhibit E.

18         4.     I have reviewed a list of the telephone numbers Bristol alleges Sure Haven

19    called to contact Cigna. It is attached as Exhibit A to this Declaration. I will address

20    the calls to Cigna Telephone numbers and non-Cigna telephone numbers separately.

21    *A. Sure Haven's Calls to Cigna Telephone Numbers*

22         5.     Since 2013, Cigna's practice has been to play a disclaimer on its primary

23    IVR system when a provider or member makes a verification call.

24         6.     For example, the Complaint suggests that Sure Haven called the

25    following telephone numbers for the vast majority of claims:  (800) 244-6224, (800)-

26    874-7489, (800) 900-3791, (800) 797-3895, (800) 700-1092, (800) 351-4598, (800)

27

28

2

1   887-8945, (800) 797-4392, and (800) 882-4462. Calls to these telephone numbers were

2   handled by Cigna's primary IVR for medical benefits.

3       7.      After selecting the "Eligibility" or "Verification of Benefits" option,

4   Cigna's IVR system played the following pre-recorded message:

5       By continuing with this call, you understand, accept and agree that the
        following covered services information does not guarantee coverage or
6       payment and is subject to all benefit plan provisions. Please refer to the
        Summary Plan Description for coverage. Payment for services will be
7       based on medical necessity, plan provisions, including limitations and
        exclusions, and eligibility at the time of service.
8

9       8.      The system does not allow a provider, like Sure Haven, to opt out of

10  hearing this pre-recorded message.

11      9.      This particular message has preceded every Verification of Benefits call

12  received by Cigna on its primary IVR for medical benefits since February 2013.

13      10.     Sure Haven also claims it made Pre-Authorization calls to the following

14  telephone numbers: (800) 244-6224, (800)-874-7489, (800) 900-3791, (800) 797-

15  3895, (800) 700-1092, (800) 351-4598, (800) 887-8945, (800) 797-4392, and (800)

16  882-4462. Calls to these telephone numbers were also handled by Cigna's primary

17  IVR for medical benefits.

18      11.     After selecting the "Pre-Authorization" option, Cigna's primary IVR

19  system for medical played the following pre-recorded message:

20      Please be aware, pre-approval is not a guarantee of coverage. Coverage and
        covered services are contingent upon the patient's eligibility on the date(s)
21      services are rendered and the patient's covered services plans and policies.
        Coverage and covered services also may be dependent on your CIGNA
22      HealthCare network participation. If you are not a participating provider in the
        plan's network, out-of-network covered services may apply.
23

24      12.     The system does not allow a provider, like Sure Haven, to opt out of

25  hearing this pre-recorded message.

26      13.     This particular message has preceded every Pre-Authorization call

27  received by Cigna on its primary IVR since February 2013.

28

3

DECLARATION OF KRISTA SNOW
CASE NO. 8:19-CV-00709-AG-ADS

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

**B. Sure Haven's Calls to Non-Cigna Telephone Numbers**

14.      In reviewing the list of telephone numbers Bristol alleges Sure Haven called on behalf of the patients at issue, I found several telephone numbers that were not affiliated with Cigna. I have listed patient and telephone number below. Where I was able to identify the entity affiliated with the telephone number with publicly available information, I have provided that information.

| Patient | Telephone Number | Description |
|---|---|---|
| Patient 11809 | 800-827-2464 | Banner Health |
| Patient 13099 | 800-458-3053 | Teamsters Welfare Trust |
| Patient 15639 | 800-458-3053 | Teamsters Welfare Trust |
| Patient 16623 | 800-872-8979 | Rehn & Associates |
| Patient 18336 | 800-922-3242 | Anthem BCBS |
| Patient 18365 | 800-458-3053 | Teamsters Welfare Trust |
| Patient 19124 | 800-827-2464 | Banner Health |
| Patient 19361 | 800-318-2596 | Healthcare.gov |
| Patient 19756 | 800-990-9058 | Trustmark Benefits |
| Patient 14301 | 800-458-3053 | Teamsters Welfare Trust |

15.      When Sure Haven called these numbers, they did not speak with a Cigna call representative or Cigna employee. No third-parties were authorized to commit Cigna on any contract or commitment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15 , 2020.

_Kista Snow_ _7/15/2020_

Krista Snow

4

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES