# EXHIBIT A

| Page of the Complaint | Patient | Number |
|---:|---|---|
| 20 | Patient 10049 | 800-244-6224 |
| 23 | Patient 10159 | 800-244-6224 |
| 161 | Patient 10202 | 800-244-6224 |
| 163 | Patient 10255 | 800-244-6224 |
| 166 | Patient 10332 | 800-244-6224 |
| 169 | Patient 10392 | 800-244-6224 |
| 171 | Patient 10498 | 800-244-6224 |
| 174 | Patient 10535 | 800-433-5768 |
| 176 | Patient 10548 | 800-244-6224 |
| 178 | Patient 10563 | 800-926-2273 |
| 183 | Patient 10672 | 800-244-6224 |
| 186 | Patient 10886 | 800-244-6224 |
| 189 | Patient 10890 | 800-874-7489 |
| 191 | Patient 11093 | 800-244-6224 |
| 193 | Patient 11163 | 800-244-6224 |
| 196 | Patient 11395 | 800-244-6224 |
| 200 | Patient 11555 | 800-244-6224 |
| 203 | Patient 11580 | 800-244-6224 |
| 205 | Patient 11761 | 800-797-3895 |
| 208 | Patient 11809 | 800-827-2464 |
| 210 | Patient 11981 | 800-900-3791 |
| 213 | Patient 12172 | 800-700-1092 |
| 215 | Patient 12235 | 800-244-6224 |
| 217 | Patient 12287 | 800-244-6224 |
| 220 | Patient 12344 | 800-244-6224 |
| 223 | Patient 12383 | 800-244-6224 |
| 227 | Patient 12465 | 800-882-4462 |
| 229 | Patient 12535 | 800-244-6224 |
| 231 | Patient 12590 | 800-882-4462 |
| 235 | Patient 12874 | 800-244-6224 |
| 237 | Patient 12931 | 800-244-6224 |
| 243 | Patient 13048 | 800-244-6224 |
| 247 | Patient 13099 | 800-458-3053 |
| 249 | Patient 13287 | 800-244-6224 |
| 252 | Patient 13482 | 800-244-6224 |
| 257 | Patient 13775 | 800-244-6224 |
| 259 | Patient 13821 | 800-244-6224 |
| 262 | Patient 13895 | 800-244-6224 |
| 268 | Patient 14047 | 800-244-6224 |
| 269 | Patient 14198 | 800-244-6224 |
| 272 | Patient 14199 | 800-244-6224 |
| 275 | Patient 14399 | 800-244-6224 |
| 277 | Patient 14435 | 800-244-6224 |

**Declaration of Krista Snow, Ex. A**

| Page of the Complaint | Patient | Number |
|---:|---|---|
| 279 | Patient 14461 | 800-244-6224 |
| 282 | Patient 14591 | 800-926-2273 |
| 285 | Patient 14794 | 800-224-6224 |
| 287 | Patient 14833 | 800-351-4598 |
| 290 | Patient 14868 | 800-244-6224 |
| 293 | Patient 15014 | 800-244-6224 |
| 295 | Patient 15145 | 800-244-6224 |
| 301 | Patient 15511 | 800-244-6224 |
| 303 | Patient 15586 | 800-244-6224 |
| 307 | Patient 15639 | 800-458-3053 |
| 310 | Patient 15675 | 800-244-6224 |
| 313 | Patient 15836 | 800-887-8945 |
| 316 | Patient 16088 | 800-244-6224 |
| 318 | Patient 16105 | 800-244-6224 |
| 320 | Patient 16119 | 800-926-2273 |
| 323 | Patient 16156 | 800-244-6224 |
| 328 | Patient 16389 | 800-244-6224 |
| 330 | Patient 16454 | 800-244-6224 |
| 339 | Patient 16623 | 800-872-8979 |
| 341 | Patient 16633 | 800-926-2273 |
| 345 | Patient 16764 | 800-244-6224 |
| 347 | Patient 16917 | 800-926-2273 |
| 351 | Patient 16946 | 800-244-6224 |
| 353 | Patient 17106 | 800-244-6224 |
| 355 | Patient 17204 | 1800-244-622 |
| 357 | Patient 17229 | 800-244-6224 |
| 360 | Patient 17241 | 800-244-6224 |
| 362 | Patient 17372 | 800-244-6224 |
| 366 | Patient 17533 | 800-244-6224 |
| 367 | Patient 17629 | 800-244-6224 |
| 370 | Patient 17654 | 800-244-6224 |
| 378 | Patient 17897 | 800-244-6224 |
| 383 | Patient 18009 | 800-244-6224 |
| 385 | Patient 18024 | 800-241-4057 |
| 387 | Patient 18169 | 800-468-3510 |
| 389 | Patient 18224 | 800-797-4392 |
| 392 | Patient 18281 | 800-874-7489 |
| 397 | Patient 18336 | 800-922-3242 |
| 400 | Patient 18365 | 800-458-3053 |
| 408 | Patient 18534 | 800-244-6224 |
| 413 | Patient 18774 | 800-446-7560 |
| 416 | Patient 18968 | 800-244-6224 |
| 420 | Patient 18995 | 800-887-8945 |
| 422 | Patient 19124 | 800-827-2464 |

| Page of the Complaint | Patient | Number |
|---|---|---|
| 425 | Patient 19144 | 800-244-6224 |
| 428 | Patient 19192 | 800-244-6224 |
| 431 | Patient 19338 | 800-244-6224 |
| 432 | Patient 19361 | 800-318-2596 |
| 435 | Patient 19420 | 800-244-6224 |
| 440 | Patient 19499 | 800-926-2273 |
| 443 | Patient 19510 | 800-244-6224 |
| 447 | Patient 19748 | 800-244-6224 |
| 448 | Patient 19756 | 800-990-9058 |
| 454 | Patient 19908 | 800-244-6224 |
| 457 | Patient 13006 | 800-900-3791 |
| 460 | Patient 14596 | 800-926-2273 |
| 463 | Patient 17105 | 800-244-6224 |
| 465 | Patient 14301 | 800-458-3053 |
| 472 | Patient 10018 | 800-882-4462 |