**MCDERMOTT WILL & EMERY LLP**
WILLIAM P. DONOVAN, JR. (SBN 155881)
wdonovan@mwe.com
BRETT MEYERHOFF (SBN 323041)
bmeyerhoff@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendants
CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA BEHAVIORAL HEALTH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL SL HOLDINGS, INC., a California corporation, in its capacity as the assignee for SURE HAVEN, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA BEHAVIORAL HEALTH, INC., a Connecticut corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:19-cv-00709-AG-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** September 28, 2020<br>**Time:** 1:30 p.m.<br>**Judge:** Hon. Philip S. Gutierrez<br>**Dept:** 6A |

The motion for summary judgment filed by Defendants Cigna Health and Life Insurance Company and Cigna Behavioral Health (collectively, "Cigna") came on for hearing on September 28, 2020.

Based on the supporting and opposing papers, the pleadings and records on file in this civil action, as well as any argument of counsel,

**IT IS HEREBY ORDERED**:

There is no genuine issue of any material fact, and Defendant is entitled to judgment as a matter of law.  Accordingly, Cigna's motion for summary judgment is **GRANTED**.

DATED: September___, 2020

                         HONORABLE PHILIP S. GUTIERREZ
                         United States District Court Judge