UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | SA CV 19-709-PSG (ADSx): | Date | April 22, 2022 |
|---|---|---|---|

| Title | BRISTOL SL HOLDINGS, INC. ET AL V. CIGNA HEALTH LIFE INSURANCE COMPANY ET AL |
|---|---|

Present: The Honorable    PHILIP S. GUTIERREZ, UNITED STATES CHIEF DISTRICT JUDGE

| W. Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Matt Lavin | William Donovan, Jr. |
| John Tower | |

**Proceedings:** IN PERSON STATUS CONFERENCE RE: MANDATE

The Court, having heard from counsel, orders that a stipulation and proposed order be filed by April 29 consistent with the dates discussed today.

Time: 00:03