**MCDERMOTT WILL & EMERY LLP**
WILLIAM P. DONOVAN, JR. (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:  +1 310 277 4110
Facsimile:   +1 310 277 4730

Attorneys for Defendants
CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA BEHAVIORAL HEALTH, INC.

FILED
CLERK, U.S. DISTRICT COURT
05/02/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 101

**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL SL HOLDINGS, INC., a California corporation, in its capacity as the assignee for SURE HAVEN, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA BEHAVIORAL HEALTH, INC., a Connecticut corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 8:19-cv-00709-PSG-ADS<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR POST-MANDATE DISCOVERY AND TRIAL SCHEDULE**<br><br>**HEARING DATE:** April 22, 2022<br>**TIME:** 2:00 P.M.<br>**JUDGE:**　Hon. Philip S. Gutierrez<br>**DEPT:**　　6A |

[PROPOSED] ORDER

This Stipulation for Post-Mandate Discovery and Trial Schedule (the "Stipulation") filed by Defendants Cigna Health and Life Insurance Company and Cigna Behavioral Health, Inc. ("Cigna" or "Defendants") and Plaintiff Bristol SL Holdings, Inc. ("Bristol" or "Plaintiff") (together, "the Parties") came on for hearing before the Court on April 22, 2022 before the Honorable Philip S. Gutierrez presiding. The evidence and arguments presented having been fully considered, and the issues having been duly heard, it is hereby ORDERED that the Stipulation is GRANTED as follows:

Pursuant to Stipulation of the parties and good cause thereon, the following schedule shall govern proceedings:

1. **Incorporation-by-Reference of ERISA Claim into Bristol's Second Amended Complaint**: The Parties agree that Bristol may incorporate-by-reference from the First Amended Complaint, (Dkt. 42 ¶¶ 2047-76) those allegations, sections and Prayers for Relief that relate to ERISA claims, including the "Breach of ERISA on behalf of the Patients" section, into the Second Amended Complaint.

2. **Requests for Production**: The Parties agree that each party may serve targeted requests for production relating to Bristol's ERISA claim and Cigna's affirmative defenses (the "New Requests for Production"). The New Requests for Production will be served on or before **April 29, 2022**.

3. **Cigna's Amended Answer**: The Parties agree that Cigna may amend its Answer (Dkt. 62), which will address defenses to the ERISA claim and related preemption issues. Cigna's amended answer will be due on **May 6, 2022**.

4. **Responses to Requests for Production**: Responses and objections to the New Requests for Production will be served on or before **May 23, 2022**.

5. **Document Production Deadline**: The Parties agree that the deadline for the production of documents is on or before **June 21, 2022**.

6. **Deposition Deadline**: The Parties agree that the deadline to complete all depositions is on or before **August 5, 2022**.

7. **Discovery Cut-Off**:  The Parties agree that the discovery cut-off is **August 12, 2022**.  The one week period after the deposition deadline is to allow for the resolution of any existing discovery disputes.  Neither party may use this period to produce new evidence.

8. **Motions for Summary Judgment**:  The Parties agree that any motions for summary judgment will be filed on or before **September 7, 2022**.

9. **Motions in Limine**:  The Parties agree that any motions in limine will be filed on or before **October 21, 2022** or a date that is convenient for the Court.

10. **Pre-Trial Conference**:  The Parties request that the pre-trial conference be scheduled for **November 18, 2022** or a date thereafter which is convenient for the Court.

11. **Trial Date**:  The Parties request that the trial be scheduled for **December 8, 2022** or a date thereafter which is convenient for the Court.  If the Court cannot begin trial on or about December 8, 2022, the Parties ask for a trial date in late January or early February 2023.

IT SO ORDERED.

Dated: May 2, 2022

By: _____
HON. PHILIP S. GUTIERREZ