UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(SOUTHERN DIVISION - SANTA ANA)

| | |
|---|---|
| BRISTOL SL HOLDINGS, INC, ET AL, | ) CASE NO: 8:19-CV-00709-PSG-ADSx ) |
| | ) CIVIL |
| Plaintiffs, | ) |
| | ) Los Angeles, California |
| vs. | ) |
| | ) Friday, April 22, 2022 |
| CIGNA HEALTH LIFE INSURANCE COMPANY, ET AL, | ) ) (1:58 p.m. to 2:04 p.m.) |
| | ) |
| Defendants. | ) |

STATUS CONFERENCE RE: MANDATE

BEFORE THE HONORABLE PHILIP S. GUTIERREZ,
CHIEF UNITED STATES DISTRICT JUDGE

**APPEARANCES:**          SEE PAGE 2

Court Reporter:          Recorded; CourtSmart

Courtroom Deputy:        W. Hernandez

Transcribed by:          Exceptional Reporting Services, Inc.
                         P.O. Box 8365
                         Corpus Christi, TX 78468
                         361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

**APPEARANCES**:

For Plaintiffs:          MATTHEW M. LAVIN, ESQ.
                         Arnall Golden Gregory
                         1775 Pennsylvania Avenue NW
                         Suite 1000
                         Washington, DC 20006

                         JOHN W. TOWER, ESQ.
                         2211 Encinitas Blvd.
                         2nd Floor
                         Encinitas, CA 92024

For Defendants:          WILLIAM P. DONOVAN, JR., ESQ.
                         McDermott Will & Emery
                         2049 Century Park East
                         Suite 3200
                         Los Angeles, CA 90067

1   **Los Angeles, California; Friday, April 22, 2022; 1:58 p.m.**

2                              **(Call to Order)**

3           **THE CLERK:** Calling Item 7, SA CV 19-709, *Bristol versus Cigna Health*.

5           Counsel, please state your appearances.

6           **MR. LAVIN:** Good afternoon, Your Honor. Matt Lavin of Arnall Golden Gregory for Plaintiff Bristol. And I'm joined by my cocounsel, John Tower.

9           **THE COURT:** Good afternoon.

10          **MR. TOWER:** Good afternoon, Your Honor.

11          **MR. DONOVAN:** And good afternoon, Your Honor. Bill Donovan for Cigna.

13          **THE COURT:** Good afternoon. Let me start with Plaintiffs' counsel.

15          It seems to me, after reading the opinion, that -- maybe you've all worked this out already but it seemed to me is there going to be an amended complaint with the ERISA claim and the State claims? Is that -- tell me what you would like to do.

20          **MR. LAVIN:** Your Honor, we've conferred with the Defendants on this and I think we'd like to incorporate the ERISA allegations of the First Amended Complaint in this matter.

24          **THE COURT:** Okay. So basically no -- just basically incorporate, not file a new pleading and go from there?

1    **MR. LAVIN:** That's correct, Your Honor.

2    **THE COURT:** What's -- and then what's -- the circuit

3    grafted in a footnote something about the potential of not

4    ruling on the State-law claim as being preempted by ERISA. How

5    do you want to -- how do you want to tee that up?

6    **MR. LAVIN:** Your Honor, we've also conferred with the

7    Defendants and agree the Defendants may amend their answer to

8    include affirmative defenses as to the ERISA claims so that

9    would include the preemption and affirmative defense.

10    **THE COURT:** And is the Defense going to bring a

11    motion to dismiss on preemption grounds on the State-law

12    claims? Because I think also sua sponte I have an obligation

13    to deal with the issue at one point or another.

14    **MR. DONOVAN:** Your Honor, your instincts are entirely

15    correct. We do intend to bring a dispositive motion. We might

16    do it in the form of a summary judgment motion. The parties,

17    as I think Mr. Lavin will get to, think that some targeted

18    discovery may be appropriate. We've already produced a lot of

19    documents since the Ninth Circuit ruling as well.

20    **THE COURT:** Okay. So why don't you do this. Prepare

21    -- do you have a timeframe in terms of how long you want for

22    discovery, motion practice, experts and trial dates?

23    **MR. LAVIN:** We do, Your Honor. We've come up with a

24    proposed schedule --

25    **THE COURT:** Go ahead.

1   **MR. LAVIN:** -- for the Court's consideration.

2   We have -- so seven days from today for the parties
3   to serve additional discovery requests regarding ERISA only.
4   So that would be before April 29th;

5   60 days from today or June 21st for the close of fact
6   discovery in the case -- for document discovery, rather;

7   105 days from today or until August 5th for the close
8   of depositions in the case;

9   And the parties are requesting 30 days after that or
10  until September 4th for motion practice.

11  So the last day to file a summary judgment motion or
12  other --

13  **THE COURT:** What about experts? Do you anticipate
14  any experts?

15  **MR. LAVIN:** Your Honor, we have not. I do not
16  believe at this time that Plaintiffs are considering using
17  experts in the case. We could confer with the Defendants on
18  that.

19  **MR. DONOVAN:** Your Honor, we haven't decided to use
20  them yet. The only -- but we would be happy to meet and confer
21  and provide a written update to Your Honor or handle it any way
22  Your Honor would want us to.

23  **THE COURT:** Okay then how about a pretrial and trial
24  date?

25  **MR. LAVIN:** We would leave that to the Court's

1  discretion but we're open after that so whatever is on the
2  Court's trial calendar.
3              **THE COURT:**  If it was just an ERISA case, is that
4  going to just be a court trial or will that be a jury trial?
5              **MR. LAVIN:**  So the State-law claims will be a jury
6  trial and the ERISA would be a court trial or bench trial.  I
7  imagine the ERICA issues also may get resolved on summary
8  judgment.
9              **THE COURT:**  Okay.  And so if it's a jury trial, rough
10 estimate?
11             **MR. LAVIN:**  Five days.
12             **MR. DONOVAN:**  I would say five to seven, Your Honor.
13             **THE COURT:**  Okay.
14             **MR. DONOVAN:**  And Your Honor, I just have two very
15 minor tweaks to what Mr. Lavin said about the schedule.
16             We intend to serve some targeted requests for
17 production about the ERISA claim and our defenses and that part
18 was left out.  I don't think there's a disagreement about that,
19 it was in the back and forth.
20             We also should pick whatever date works for Your
21 Honor for us to file our answer.
22             **THE COURT:**  Why don't we do it this way.  It seems
23 like you're in the ballpark with the progress that I'd like to
24 see, so just prepare a stipulation and an order consistent with
25 these dates.  Pick a convenient -- let's just call it a jury

1  trial date now, a convenient jury trial date for a Thursday and
2  then a pretrial date two weeks before that, work out your
3  schedules to figure it out.  But this schedule seems fine.  And
4  then if you want to incorporate a reflection about experts, you
5  could just -- whether it's necessary or unnecessary, you would
6  add those dates in if you want to do that as well.
7        **MR. LAVIN:**  We'll mention that in the stipulation,
8  Your Honor.
9        **THE COURT:**  All right.  Anything else?
10       **MR. LAVIN:**  That's all for Plaintiffs, Your Honor.
11       **THE COURT:**  All right.  If you can file that stip and
12 order by next Friday, does that work?
13       **MR. LAVIN:**  Absolutely, Your Honor.
14       **MR. DONOVAN:**   Thank you very much.
15       **THE COURT:**  All right.  Thank you.
16    **(Proceeding adjourned at 2:04 p.m.)**
17
18
19
20
21
22
23
24
25

**CERTIFICATION**

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____           May 2, 2022
      Signed                            Dated

*TONI HUDSON, TRANSCRIBER*

**EXCEPTIONAL REPORTING SERVICES, INC**