**MCDERMOTT WILL & EMERY LLP**
William P. Donovan, Jr. (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Richard W. Nicholson, Jr. (admitted *pro hac vice*)
rnicholson@mwe.com
Richard D. Diggs (admitted *pro hac vice*)
rdiggs@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: +1 212-547-5337
Facsimile: +1 212-547-5444

Attorneys for Defendants
CIGNA HEALTH AND LIFE INSURANCE
COMPANY; CIGNA BEHAVIORAL HEALTH,
INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL SL HOLDINGS, INC., a California corporation, in its capacity as the owner of the claims for SURE HAVEN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA BEHAVIORAL HEALTH, INC., a Connecticut corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 8:19-cv-00709-PSG-ADS<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF THE TRIAL DATE FROM JANUARY 26, 2023 TO MARCH 23, 2023.<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DEPT: 6A<br>TRIAL DATE: January 26, 2023<br>NEW TRIAL DATE: March 23, 2023 |

[PROPOSED] ORDER

This Stipulation for Extension of the Trial Date from January 26, 2023 to March 23, 2023 (the "Stipulation") filed by Defendants Cigna Health and Life Insurance Company and Cigna Behavioral Health, Inc. ("Cigna" or "Defendants") and Plaintiff Bristol SL Holdings, Inc. ("Bristol" or "Plaintiff") (together, "the Parties") came on for hearing before the Honorable Philip S. Gutierrez presiding. The evidence and arguments presented having been fully considered, and the issues having been duly heard, it is hereby ORDERED that the Stipulation is GRANTED as follows:

1. On January 14, 2022, the United States Court of Appeals for the Ninth Circuit affirmed the dismissal of Bristol's fraud and open book account claims, but reversed the dismissal of Bristol's ERISA claim, and reversed the grant of summary judgment on Bristol's breaches of oral and implied contract, and promissory estoppel claims. (Dkts. 92-93.)

2. On February 7, 2022, the Ninth Circuit issued the mandate remanding the lawsuit back to this Court. (Dkt. 94.)

3. On April 22, 2022, the Parties participated in a hearing before the Court where the Parties discussed with the Court a rough proposal for a discovery, motion, and trial schedule in light of the Ninth Circuit's ruling. At the hearing, the Court requested that the Parties meet and confer and memorialize an agreed-upon schedule and submit a stipulation to the Court for review and approval. (Dkt. 100.)

4. On April 29, 2022, the Parties submitted an agreed-upon schedule pursuant to the Court's request. (Dkt. 101.)

5. On May 2, 2022, the Court entered the Parties' agreed-upon schedule by Order. (Dkt. 103.)

6. On July 12, 2022, the Court entered an extension of the discovery deadlines, motion for summary judgment, a mediation deadline, and a trial date from the prior Scheduling Order that the Parties had agreed to by stipulation. (Dkt. 115.)

7. Pursuant to that Scheduling Order, the Parties completed document productions, that included thousands of documents, on August 31, 2022, and

deposition discovery, which included nine depositions of witnesses, by September 21, 2022.

8. At this time, the Parties have completed discovery.

9. The Parties participated in a mediation on October 17, 2022, but were unable to resolve the matter.

10. Cigna filed its motion for summary judgment on October 26, 2022, which seeks summary judgment on Bristol's remaining claims, Bristol's ERISA claim, breaches of oral and implied contract, and promissory estoppel claims (the latter three claims, the "Contract Claims"). (Dkt. 122.) Bristol's opposition to summary judgment is due on November 18, 2022, and Cigna's reply is due on November 25, 2022. The hearing date of Cigna's motion is December 9, 2022.

11. The current trial date is January 26, 2022, and the pre-trial deadlines are as follows:

   a. Deadline for Parties to meet and confer regarding pre-trial order is November 25, 2022.
   b. Deadline for Parties to file motions in limine is December 2, 2022.
   c. Deadline for Parties to file joint exhibit list is December 16, 2022.
   d. Deadline for Parties to file memorandum of contentions of fact and law is December 16, 2022.
   e. Deadline for Parties to file witness lists is December 16, 2022.
   f. Deadline for Parties to submit the pre-trial order is December 23, 2022.
   g. Final pre-trial conference is scheduled for January 6, 2023.
   h. Deadline for trial briefs is January 19, 2023.
   i. Trial is scheduled to begin on January 26, 2023.

12. The Parties have met and conferred and believe it would be more cost-effective for the parties and conserve judicial resources if the trial date was extended by 60 days.

13. Currently, the motion for summary judgment hearing date, which is December 9, 2022, overlaps with the current pre-trial deadlines. The Parties' preparation for trial, however, will largely be driven by the claims remaining, if any, after the Court decides summary judgment.

14. For example, the ERISA claim must be tried to the Court, and the Contract Claims will be tried to a jury. The preparation for trial as well as the pre-trial filings (such as motions in limine, memorandum of contentions of fact and law, exhibits, and jury instructions) will therefore be materially different if only the ERISA claim or Contract Claims survive. And if all the claims survive summary judgment, there will be a need for both a bench trial on the ERISA claim and a jury trial on the Contract Claims, which will further impact preparation and the schedule.

15. Therefore, in order to conserve the Parties' and the Court's resources, the Parties respectfully request a 60-day extension of the trial date and the corresponding pre-trial deadlines in order to provide the Court adequate time to decide Cigna's motion for summary judgment, and for the Parties to then prepare for trial of any of the remaining claims.

16. Accordingly, the Parties have met and conferred and respectfully request an extension of the summary judgment schedule and page limits as follows:

17. **Deadline to Meet and Confer Regarding Pre-trial Order**: from **November 25, 2022** to **January 20, 2023**.

18. **Deadline for Parties to File Motions in Limine**: from **December 2, 2022** to **February 3, 2023**.

19. **Deadline for Parties to File Joint Exhibit List**: from **December 16, 2022** to **February 10, 2023**.

20. **Deadline for Parties to File Memorandum of Contentions of Fact and Law**: from **December 16, 2022** to **February 10, 2023**.

21. **Deadline for Parties to File Witness Lists**: from **December 16, 2022** to **February 10, 2023**.

22. **Deadline for Pre-trial Order**: from **December 23, 2022** to **February 22, 2023**.

23. **Final Pre-trial Conference**: from **January 6, 2023** to **March 3, 2023**.

24. **Deadline for Trial Briefs**: from **January 19, 2023** to **March 16, 2023**.

25. **Trial Date**: from **January 26, 2023** to **March 23, 2023** or a date that is convenient for the Court.

26. This is the second request for an extension of the Trial Date and corresponding deadlines, and will be the final request for an extension of the trial date. For the foregoing reasons, there is good cause for the extension.

IT SO ORDERED.

Dated: 11/17, 2022

By: _____
HON. PHILIP S. GUTIERREZ